UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| J. J. P. M., | Case No. 26-cv-1297 (LMP/EMB) |
| Petitioner, | |
| v. | **ORDER** |
| TODD LYONS, *in his capacity as Acting Director, Immigration and Customs Enforcement*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; PAMELA BONDI; *U.S. Attorney General*; DAREN MARGOLIN, *Executive Office for Immigration Review*; DAVID EASTERWOOD, *Field Office Director of the St. Paul Field Office for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations*, OFFICE OF REFUGEE RESETTLEMENT, DEPARTMENT OF HOMELAND SECURITY, and DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| Respondents. | |

---

Petitioner J. J. P. M. is a 16-year-old citizen of Ecuador who entered the United States in December 2022. ECF No. 1 at 5, 14. He was arrested by immigration officers on February 10, 2026, and is currently in the custody of the Department of Health and Human Services in Michigan. Based on the parties' Stipulation for Order for Release (ECF No. 8) and the entire record of proceedings in this case, the Court **ORDERS** as follows:

1.      The Court's prior orders (ECF Nos. 3 and 7) are **AMENDED** to include as Respondents in this case the Department of Health and Human Services ("HHS") and the Office of Refugee Resettlement ("ORR") and Respondents, DHS, HHS, ORR, and other unknown entities of the Federal Government necessary to carry out this Order are collectively referred to below as "the Government."

2.      The Government, including ORR, is **ORDERED** to transport J. J. P. M. to Minnesota by any appropriate means in the Government's discretion but at the Government's expense;

3.      The Government, including ORR, is **ORDERED** to release J. J. P. M. in Minnesota to his counsel, Ms. Shana Drengenberg, without custodial conditions and with his personal property, as soon as practicable, after appropriate arrangements can be made, and at a mutually convenient date and time; and

4.      The parties shall file a joint status report by 5 p.m. every two days (including weekends and holidays) with the first to be filed on February 20, 2026, informing the Court of the status of J. J. P. M.'s custody and within 24 hours after J. J. P. M.'s release to his counsel, confirming his release without custodial conditions and with his personal property.

Dated: February 18, 2026          *s/ Laura M. Provinzino*
                                  Laura M. Provinzino
                                  United States District Judge